James T. Conley Bar No. 224174
james.conley@ogletree.com
Haidy Rivera  Bar No. 322117
haidy.rivera@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
4660 La Jolla Village Drive, Suite 900
San Diego, CA  92122
Telephone:   858-652-3100
Facsimile:    858-652-3101

Attorneys for Defendant
WAL-MART ASSOCIATES, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLINA MARLENE VASQUEZ, an individual<br><br>             Plaintiff,<br><br>       v.<br><br>WAL-MART ASSOCIATES, INC., a Delaware corporation and DOES 1 through 100, inclusive<br><br>             Defendants. | Case No. 5:22-cv-01250-SSS-SHK<br><br>**STIPULATION OF DISMISSAL**<br><br>Complaint Filed: June 1, 2022 |

Case No. 5:22-cv-01250-SSS-SHK
STIPULATION OF DISMISSAL

Plaintiff Carolina Marlene Vasquez and Defendant Wal-Mart Associates, Inc., hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

DATED: November 20, 2023     LIPELES LAW GROUP, APC

By: */s/ Sammy Scherr*
Kevin A. Lipeles
Sammy Scherr

Attorneys for Plaintiff
Carolina Marlene Vasquez

DATED: November 20, 2023     OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ James T. Conley
James T. Conley
Haidy Rivera
Attorneys for Defendant
WAL-MART ASSOCIATES, INC.

**ATTESTATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), James T. Conley hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 20, 2023     */s/ James T. Conley*
James T. Conley