JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLINA MARLENE VASQUEZ, an individual<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART ASSOCIATES, INC., a Delaware corporation and DOES 1 through 100, inclusive<br><br>Defendants. | Case No. 5:22-cv-01250-SSS-SHKx<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL**<br><br>[Pursuant to Rule 41(a)(1)(A)(ii)]<br><br>Complaint Filed: June 1, 2022 |

# ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

IT IS SO ORDERED.

Dated: November 21, 2023

_____
Hon. Sunshine S. Sykes
United States District Judge